# <u>RETURN OF SERVICE</u>

| U.S. District Court - Middle | County of | State of Florida |
|---|---|---|

**Lived In Images, Inc., a CA Corp.**

    Plaintiff

vs.

**Romero Insurance, Corp., a FL Corp., and Does 1-5**

    Defendant

Attorney:

Michael Spain
Newman Du Wors, LLP
1201 Third Avenue, Suite 1600
Seattle, WA. 98101

**Case Number:** 8:14-cv-01494-VMC-TBM

Legal documents received by Accurate Serve on June 24th, 2014 at 2:07 PM to be served upon **Romero Insurance, Corp., c/o Fernando P. Romero as RA at 910 Lithia Pinecrest Road, Brandon, FL. 33511**

I, Beau W. Charlet, AFPS, swear and affirm that on **June 26th, 2014 at 9:01 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons and Complaint with Exhibits** to **Lil Paquette** as **Executive Assistant** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.  I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2). Notary not required.

_____
**Beau W. Charlet, AFPS**
Process Server, # CA-647, CPS 10-808659, APS 58968, PPS 9040

**Accurate Serve**
**P.O. Box 5141**
**Lakeland, FL 33807**

**(863) 873-6691**

Internal Job ID: 2014003189

Reference Number:

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.