# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LIVED IN IMAGES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROMERO INSURANCE, CORP, a Florida corporation, and DOES 1-5,<br><br>Defendants. | Case No.: 8:14-cv-01494 VMC-TBM<br><br><br>**DEMAND FOR JURY TRIAL** |

## APPEARANCE OF NON-RESIDENT ATTORNEY
## AND DESIGNATION OF LOCAL COUNSEL

Pursuant to Local Rule 2.02(a), Derek A. Newman ("Non-Resident Attorney"), enters his appearance as counsel for Plaintiff Lived In Images, Inc. Non-Resident Attorney certifies that he will comply with the fee and email registration requirements of Rule 2.01(d). Non-Resident Attorney designates Michael Spain, a member of the bar of this Court, as local counsel upon whom all notices and papers may be served and who will be responsible for the progress of this case, including the trial.

Dated: July 2, 2014

                                            By:    s/ Derek Newman
                                                         Derek A. Newman, *Pro Hac Vice*
                                                         Newman Du Wors LLP
                                                         100 Wilshire Blvd., Suite 940
                                                         Santa Monica, CA  90401
                                                         Telephone: (310) 359-8200
                                                         Facsimile: (310) 359-8190
                                                         derek@newmanlaw.com

**Consent To Designation As Local Counsel**

I consent to the above designation as local counsel.

                    Respectfully submitted,

By:    s/ Michael Spain
        Michael Spain
        Florida Bar No. 5606
        Newman Du Wors LLP
        1201 Third Avenue
        Suite 1600
        Seattle, WA 98101
        Telephone: (206) 274-2800
        Facsimile: (206) 274-2801
        michael@newmanlaw.com

Attorneys for Plaintiff Lived In Images, Inc.