# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LIVED IN IMAGES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROMERO INSURANCE, CORP, a Florida corporation, and DOES 1-5,<br><br>Defendants. | Case No.: 8:14-cv-01494 CEH-TBM |

## NOTICE OF DISMISSAL

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Lived In Images, Inc. hereby voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 22, 2014

                                      Respectfully submitted,

By:   s/ Michael Spain  
        Michael Spain  
        Florida Bar No. 5606  
        Newman Du Wors LLP  
        1201 Third Avenue  
        Suite 1600  
        Seattle, WA 98101  
        Telephone: (206) 274-2800  
        Facsimile: (206) 274-2801  
        michael@newmanlaw.com

        Attorneys for Plaintiff Lived In Images, Inc.